## THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,                 :
                                          :
v.                                        :   3:23-CR-78
                                          :   (JUDGE MARIANI)
MUGABE BAKER,                             :
                                          :
                    Defendant.            :

## ORDER

**AND NOW, THIS 24TH DAY OF JULY, 2023,** for the reasons set forth in the Court's

accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT** Defendant Mugabe

Baker's Motion to Dismiss Indictment for Failure to State an Offense and for Lack of

Jurisdiction (Doc. 30) is **DENIED**.

_____
Robert D. Mariani
United States District Judge